UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (DENVER)

Civil Action No. 1:24-cv-03557-PAB-STV

JOHN DOE, on behalf of himself and all others similarly situated,

    *Plaintiff*,

v.

PHOTOBUCKET, INC.

    *Defendant*.

---

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME OR CONTINUANCE OF THE SCHEDULING ORDER and MOTION TO CONTINUE THE SCHEDULING CONFERENCE, OR IN THE ALTERNATIVE, TO CONDUCT THE SCHEDULING CONFERENCE TELPHONICALLY**

---

Pursuant to Local Civil Rule 6.1, Plaintiff John Doe ("Plaintiff"), on behalf of himself and all others similarly situated, brings this Omnibus Motion seeking (1) to either extend or continue the Court's requested filing of a Scheduling Order; and (2) to continue the Court's requested scheduling conference, or, in the alternative, to conduct the scheduling conference telephonically.

I.     **INTRODUCTION and PROCEDURAL HISTORY**

On December 23, 2024, Plaintiff John Doe, on behalf of himself and all others similarly situated, filed a class action complaint against Defendant Photobucket, Inc. alleging state and common law causes of action related to Defendant's alleged use of facial recognition software to collect biometrics and use those biometrics to train various artificial intelligence programs and algorithms. (ECF No. 1)

On December 24, 2024, this Court issued an Order setting deadlines regarding: (1) the consent to the jurisdiction of a magistrate (due February 11, 2025), (2) a proposed scheduling order (due February 18, 2025) and (3) setting a scheduling conference for February 25, 2025 at 9:30 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. (ECF No. 4)

On February 11, 2025, Plaintiff John Doe timely declined Magistrate Scott T. Varholak's jurisdiction. (ECF No. 8)

On February 13, 2025, pursuant to Chief Judge Philip A. Brimmer's text only entry Order, this Action was referred to Magistrate Scott T. Varholak for non-dispositive matters in accordance with Federal Rule of Civil Procedure 72(a) and (b). (ECF No. 10)

1

On February 18, 2025, Chief Judge Philip A. Brimmer requested a motion seeking leave to proceed under a pseudonym with respect to Plaintiff John Doe due on or before February 25, 2025. (ECF No. 11)

## II. REQUEST TO EXTEND OR CONTINUE THE FILING OF A SCHEDULING ORDER

Plaintiff will be moving within the next three (3) business days (by Friday, February 21, 2025) to amend their complaint pursuant to Federal Rule of Civil Procedure 15(1)(B), which allows litigants to amend once as a matter of course. At that time, Plaintiff Doe will be removed from the case in favor of a new plaintiff who will not be proceeding anonymously or pseudo-anonymously.[1]

Plaintiff respectfully requests, therefore, to extend or continue the filing of a scheduling order so that Defendant's counsel will be given additional time to review the amended complaint, address waiver of service of the summons and the amended complaint, and meet and confer regarding a scheduling order.

As such, Plaintiff requests to extend the deadline for filing the scheduling order to March 7, 2025.

## III. REQUEST TO CONTINUE THE SCHEDULING CONFERENCE, OR IN THE ALTERNATIVE, TO CONDUCT THE CONFERENCE TELEPHONICALLY

Consistent with the above, Plaintiff's counsel seeks additional time to meet and confer with Defendant's counsel on a scheduling order – and would, therefore, respectfully request to continue the scheduling conference so that the parties can be

---

[1] Plaintiff's counsel has not formally met and conferred with Defendant's counsel, as Defendant has not yet accepted service of the summons and complaint. Plaintiff's counsel continues to have discussions with Defendant's counsel regarding waiving service under Fed. R. Civ. P. Rule 4.

2

better prepared before appearing before Magistrate Judge Scott T. Varholak. As such, Plaintiff requests to continue the scheduling conference to on or after March 14, 2025, depending on the Court's availability.

Alternatively, if this Court wishes to proceed with the scheduling conference on February 25, 2025, given the procedural posture of this case, and that counsel is out of state, pursuant to Section III.3 of the District of Colorado's Uniform Civil Practice Standards of the United States Magistrate Judges, Plaintiff respectfully requests that they be permitted to appear at such conference by telephone or video conference.

## IV. CONCLUSION

As a result of the foregoing, Plaintiff respectfully requests: (1) that the deadline for the fling of the scheduling order be extended from February 18, 2025 to March 7, 2025 and (2) that the scheduling conference be continued to on or after March 14, 2025– or, alternatively, that Plaintiff's counsel be permitted to attend the scheduling conference via telephone or videoconference.

This is Plaintiff's first request for an extension or continuance.

DATED: February 18, 2025                Respectfully submitted,

*/s/ Nick Suciu III*

Nick Suciu III
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
*nsuciu@milberg.com*

3

Jason P. Sultzer (*pro hac vice forthcoming*)
Scott E. Silberfein (*pro hac vice forthcoming)*
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
*sultzerj@thesultzerlawgroup.com*
*silberfeins@thesultzerlawgroup.com*

Jeffrey K. Brown (*pro hac vice forthcoming*)
Blake Hunter Yagman
**LEEDS BROWN LAW, P.C**.
One Old Country Road, Suite 347
Carle Place, NY 11514
*jbrown@leedsbrownlaw.com*
*byagman@leedsbrownlaw.com*

Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
*gklinger@milberg.com*

Alexandra M. Honeycutt
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
*ahoneycutt@milberg.com*

*Attorneys for Plaintiff John Doe and the Proposed Class*

4