# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03557-PAB-STV

SARAH AMBERG, on behalf of herself and all others similarly situated,

     *Plaintiff*,

v.

PHOTOBUCKET, INC.

     *Defendant*.

---

## F.R.C.P. RULE 41(a)(1)(A)(ii) – STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff Sarah Amberg and Defendant Photobucket.com, Inc. hereby stipulate to the voluntarily dismissal all of Plaintiff's claims and causes of action against Defendant without prejudice. Each party shall bear its own fees and costs.

DATED: May 19, 2025        Respectfully submitted,

*/s/ Blake Hunter Yagman*        */s/ James W. Beard*

Blake Hunter Yagman        James Beard
LEEDS BROWN LAW, P.C.        MERCHANT & GOULD, P.C.
One Old Country Road, Suite 347        1801 California St, Suite 3300
Carle Place, New York 11514        Denver, Colorado 80202
Tel.: (516) 873-9550        Tel.: (516) 873-9550
jbrown@leedsbrownlaw.com        jbeard@merchantgould.com
byagman@leedsbrownlaw.com

                             *Attorneys for Defendant*

*Attorneys for Plaintiff and*
*the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2025, a true and accurate copy of
**F.R.C.P. RULE 41(a)(1)(A)(ii) –STIPULATED DISMISSAL** via e-mail to the following:

Blake Hunter Yagman
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel.: (516) 873-9550
*jbrown@leedsbrownlaw.com byagman@leedsbrownlaw.com*

*Attorneys for Plaintiff and*
*the Proposed Class*

<u>*s/ James W. Beard*</u>
James W. Beard